

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00022-CV

**IN RE** Daniel Estevez **GUTIERREZ**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
             Luz Elena D. Chapa, Justice
             Beth Watkins, Justice

Delivered and Filed: February 10, 2021

PETITION FOR WRIT OF MANDAMUS DENIED

Relator has filed a petition for writ of mandamus. We have the power to issue writs of mandamus, but only when "agreeable to the principles of law regulating those writs." TEX. GOV'T CODE § 22.221(b). For mandamus, a relator has the burden to file a petition and record showing "the trial court abused its discretion and that no adequate appellate remedy exists." *In re H.E.B. Grocery Co., L.P.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam). Having reviewed the petition and documents included in the appendix, we conclude relator has not satisfied this burden. Accordingly, we deny the petition. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2019CV2371, styled *Daniel Estevez Gutierrez v. Victoria Gonzales*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable David J. Rodriguez presiding.